# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00029-CV

### In re Lauren Wylie Donoho

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed an unopposed motion to dismiss her petition for writ of mandamus. We grant the motion and dismiss the proceeding. *See* Tex. R. App. P. 42.1(a).

_____

Edward Smith, Justice

Before Justices Triana, Smith, and Theofanis

Filed: February 23, 2023